**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thomas Harry Buseck, Jr       :      Bankruptcy No.: 19-11546-amc
:
Debtor.       :      CHAPTER 13

## ORDER

AND NOW, based on the Fee Application of Debtor's Counsel, it is hereby ORDERED that the Fee Application filed by Debtor's Counsel is hereby GRANTED in the of $4,066.00; $0.00 of which was previously paid leaving $4,066.00 to be distributed to Debtor's Counsel.

BY THE COURT:

Date: December 18, 2019

_____
US Bankruptcy Judge Ashely M Chan

Copy to:

Patrick J. Best, Esq.
18 N 8th Street
Stroudsburg, PA 18360

Scott F Waterman
Standing Chapter 13 Trustee
2901 Saint Lawrence Ave
Reading, PA 19606